

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER PACE, CATERINA ITZI, and ADAM CRAWSHAW, | § | No. 08-23-00127-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 438th Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| ACES AUTOS, LLC and LENTEGRITY, LLC, | § | (TC# 2021CI26178) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed in part. The trial court's take-nothing judgment in favor of Appellees' is affirmed. The portion of the trial court's judgment directing Crawshaw to pay Appellees $11,920 in attorney's fees and $470.40 in costs as sanctions is reversed.

We further order that Appellants and Appellees shall each pay one-half of the costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 22ND DAY OF MARCH 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.